■ VICTORIA STREET, Respondent, v MICHAEL J. GIANTURCO, Appellant. — Order unanimously affirmed, with costs, for reasons stated at Special Term, Gossel, J. (Appeal from order of Supreme Court, Erie County, Gossel, J. — summary judgment.) Present — Dillon, P. J., Callahan, Denman, Boomer and Moule, JJ.